**243 ROBISON (Pros. Atty.) vs. HAUG (Police Justice, Detroit), 71 M., 38.**

To compel respondent to entertain a complaint for a violation of Sec. 31, of the Liquor Law of 1887, relative to the removal of curtains, screens, partitions, etc., it being claimed that said section is invalid.

Granted June 22, 1888.

**243½ SADLER vs. SHEAHAN (Police Justice), No. 12905, 92 M., 630.**

To compel respondent to receive a complaint and issue a warrant for the violation of the liquor law.

Denied July 28, 1892.

Respondent denied that he had refused to receive a complaint or that he had refused to allow relator to make and swear to such complaint.

As the application appeared to have been filed in the public interest no costs were awarded.

**244 CHADDOCK (Pres., etc.) vs. DAY (Justice of the Peace), 75 M., 527; 4 L. R. A., 809.**

To compel respondent to entertain a complaint and issue a warrant for the violation of a village ordinance.

Denied June 28, 1889, on the ground that a license fee of $10 per month is excessive and unreasonable, and therefore void, and that an ordinance of a village requiring the payment of the license fee of $10 per month for the privilege of selling fresh meat on the village streets, in less quantities than one-quarter of the slaughtered animal, is in restraint of trade and not within the legislative power of the village to enact.